**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-392 |
| | § | |
| | § | |
| ALLAN LOHRMAN, *et al.* | § | |

**O R D E R**

Defendant Lohrman filed an unopposed motion for continuance, (Docket Entry No. 92). The government and the co-defendants are in agreement. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The schedule is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **March 31, 2008** |
| Response to motions to be filed by: | **April 14, 2008** |
| Pretrial conference reset for: | **April 21, 2008, at 9:00 a.m.** |
| Jury trial and selection reset for: | **April 29, 2008, at 9:00 a.m.** |

SIGNED on November 20, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge