IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-392 |
| | § | |
| | § | |
| ALLAN LOHRMAN, *et al.* | § | |

**O R D E R**

Defendant Guillory filed an unopposed motion for continuance, (Docket Entry No. 108). The government and the co-defendants are in agreement. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The schedule is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **June 2, 2008** |
| Response to motions to be filed by: | **June 16, 2008** |
| Pretrial conference reset for: | **June 24, 2008, at 9:00 a.m.** |
| Jury trial and selection reset for: | **June 30, 2008, at 9:00 a.m.** |

SIGNED on April 7, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge