IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-392 |
| | § | |
| | § | |
| ALLAN LOHRMAN, *et al.* | § | |

**O R D E R**

Defendant Criner  filed an unopposed motion for continuance, (Docket Entry No. 118). The government and the co-defendants are in agreement. The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for continuance is GRANTED. The schedule is amended as follows:

Final Pretrial conference reset for: **August 8, 2008, at 8:30 a.m.**
Jury trial and selection reset for: **August 11, 2008, at 9:00 a.m.**

SIGNED on June 24, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge