**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL  NO. H-07-392 (1 & 8) |
| § | |
| § | |
| ALLAN LOHRMAN § | |
| JIMMY FRAZIER § | |

**O R D E R**

The government filed an unopposed motion for continuance, (Docket Entry No. 246).

The motion for continuance is GRANTED.  The sentencing hearing is reset to **June 30, 2009, at 9:00 a.m.**

SIGNED on May 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge